```
                  IN THE UNITED STATES DISTRICT COURT
                FOR THE EASTERN DISTRICT OF PENNSYLVANIA


RENEE NOLL BAUMGARDNER, et al.   :      CIVIL ACTION
                                 :
          v.                     :
                                 :
WYETH PARMACEUTICALS             :      NO.   05-5720
```

---

```
RENEE NOLL BAUMGARDNER,           :     CIVIL ACTION
COREY FOSTER BAADSGAARD,          :
MELODY BROWN,                     :     NOS. 06-2518
LEAH CRAIG CHUMBLEY,              :          06-2519
PAULETTE FORD, JOAN HENNING,      :          06-2520
JAMES W. HILL, SHARON RODGERS,    :          06-2521
LORRAINE AND ROBERT SLATER,       :          06-2522
JAME CHARLEA TIERNEY              :          06-2523
                                  :          06-2524
          v.                      :          06-2525
                                  :          06-2526
WYETH PHARMACEUTICALS             :          06-2527
```

<u>ORDER</u>

AND NOW, this 31st day of August 2010, upon consideration of the defendant's "Motion for Summary Judgment Based on Federal Preemption," and the plaintiffs' response thereto, IT IS ORDERED:

That the defendant's motion is DENIED.


                              BY THE COURT:


                              /s/ John P. Fullam
                              John P. Fullam, Sr. J.