**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **LORRAINE SLATER, ET AL.,** ) | NO. 1:11-CV-00751 AWI SMS |
| ) | |
| Plaintiffs, ) | **ORDER GRANTING PRO HAC** |
| ) | **VICE APPLICATION** |
| v. ) | |
| ) | |
| **WYETH,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

   The court has read and considered the application of Andrew C. S. Efaw for admission to practice Pro Hac Vice under the provisions of Local Rule 83-180(b)(2) of the Local Rules of Practice of the United States District Court for this District.  Having reviewed the application, Andrew C. S. Efaw's application for admission to practice Pro Hac Vice is GRANTED.

IT IS SO ORDERED.

Dated:   July 1, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE